ANNA A. DONNELLY, as Administratrix of the Estate of
EDWARD J. DONNELLY, JR., Deceased, Appellant, *v.*
THE STATE OF NEW YORK, Respondent.
SARAH C. DUNPHY, Appellant, *v.* THE STATE OF NEW
YORK, Respondent.
DANIEL REDMOND, Appellant, *v.* THE STATE OF NEW
YORK, Respondent.
MARIE HOGAN, Appellant, *v.* THE STATE OF NEW YORK,
Respondent.

(Argued November 20, 1931; decided December 4, 1931.)

*J. S. Carter* for appellants.

*John J. Bennett, Jr., Attorney-General (John L. Campbell* of counsel), for respondent.

Judgments affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.